COURT OF APPEALS

                                      SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-08-377-CR

 

CURTIS LISLIE SHAWVER                                                     APPELLANT

 

                                                   V.

THE
STATE OF TEXAS                                                                STATE

                                               ----------

             FROM THE 30TH DISTRICT
COURT OF WICHITA COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have
considered appellant=s AMotion
To Dismiss Appeal.@ 
The motion complies with rule 42.2(a) of the rules of appellate
procedure.  Tex. R. App. P. 42.2(a).  No decision of this court having been
delivered before we received this motion, we grant the motion and dismiss the
appeal.  See Tex. R. App. P.
42.2(a), 43.2(f).

PER CURIAM

 

PANEL:  GARDNER, WALKER, and MCCOY, JJ.

 

DO NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

DELIVERED: January 8,
2009











[1]See Tex. R. App. P. 47.4.